IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| TRUSERV CORP, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 110223N |
| | ) | |
| v. | ) | |
| | ) | |
| LANE COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

This matter was placed in abeyance pending the judgment in *True Value Company v. Department of Revenue*, TC No 5042, or until further order of the court. On January 26, 2012, the plaintiff filed a Notice of Voluntary Dismissal in TC No 5042. On February 8, 2012, the Regular Division of this court issued a Judgment of Dismissal in TC No 5042. In an Order issued February 10, 2012, the court reactivated this case and instructed Plaintiff to file "a written response, copy to Defendant, stating whether it wishes to continue this appeal and, if so, provide three mutually convenient trial dates." The Order stated that Plaintiff's failure to file a written response within 14 days of the date of the Order would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's written response. Plaintiff's authorized representative telephoned the court on February 27, 2012, three days after Plaintiff's deadline for response, and stated that he attempted to contact Defendant's authorized representative, but was unable to reach him. As of the date of this Decision, the court has not received Plaintiff's written response. Under such circumstances, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of February 2012.


_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on February 29, 2012.  The Court filed and entered this document on February 29, 2012.*